7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Karen Patricia Albright–Marsh
*Debtor*

**Fred Charles Moon**
   Plaintiff(s)

v.

**Karen Patricia Albright–Marsh**
**Norman Eugene Hopkins**
**Deborah Dancer**
**Dennis Dearl Albright**
**Jane Doe Hopkins**
**John Doe Dancer**
**Jane Doe Albright**
   Defendant(s)

*Bankruptcy Case No.*
13–61898–abf7

*Adversary Case No.*
14–06018–abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Entering Default against Defendants Karen Patricia Albright–Marsh, Norman Eugene Hopkins, Deborah Dancer, Dennis Dearl Albright, Jane Doe Hopkins, John Doe Dancer, Jane Doe Albright. The Trustee is granted authority to sell the Real Estate described in the Order for Default Judgment(Doc. No. 11)free and clear of any lien claims and any security interests that may be of record, and free and clear of any oral leases. The Chapter 7 Trustee be and is hereby authorized to distribute to the bankruptcy estate and to the co–owners of said property, the proceeds of such sale, less the costs and expenses, not including any compensation of the Trustee, of such sale, according to the interests of such co–owners and of the estate, as provided in 11 U.S.C. Section 363(4)(j). IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other affirmative relief requested in said Complaint except as specifically ordered herein is denied without prejudice.

Ann Thompson
Court Executive

By: /s/ Dawn Meador
    Deputy Clerk



Date of issuance: 7/24/14

Court to serve