7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Karen Patricia Albright–Marsh  
*Debtor*

*Bankruptcy Case No.*  
13–61898–abf7

**Fred Charles Moon**  
    Plaintiff(s)

*Adversary Case No.*  
14–06018–abf

v.

**Karen Patricia Albright–Marsh**  
**Norman Eugene Hopkins**  
**Deborah Dancer**  
**Dennis Dearl Albright**  
**Jane Doe Hopkins**  
**John Doe Dancer**  
**Jane Doe Albright**  
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered in favor of Plaintiff, Fred Charles Moon, Chapter 7 Trustee in accordance with the Court's Order Directing Judgment in Favor of Plaintiff, Doc. No. 44, entered by the court on 3/10/2015.
The Trustee is authorized to sell the property located at 4901 Marion Drive, Poplar Bluff, Missouri, 63901, pursuant to 11 U.S.C. Section 363(h). He is further authorized to distribute to Defendants Norman Eugene Hopkins, Deborah Dancer, and Dennis Dearl Albright their respective shares of the proceeds from such sale, after costs of sale. He is further authorized to retain Debtor–Defendant Karen Patricia Albright–Marsh's one–fourth share of the net proceeds for distribution in accordance with the Bankruptcy Code and any agreements previously approved by the Court. Each party to bear its own costs.

    Ann Thompson  
    Court Executive

    By: /s/ Sharon Greene  
        Deputy Clerk



Date of issuance: 3/10/15

Court to serve